# United States District Court

SOUTHERN  DISTRICT OF  FLORIDA

FILED by _____ D.C.
JAN 1 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

V.

CARLOS OSWALDO LIMAS PAZ

CRIMINAL COMPLAINT

CASE NUMBER: 00-4007-BSS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On January 14, 2000, in Broward County, in the *and elsewhere (180)* Southern District of Florida, the defendants did, (Track Statutory Language of Offense) **conspire to import into the United States, from a place outside therefore, a Schedule II controlled substance, to wit cocaine,**

in violation of Title 21 United States Code, Sections 952(a) and 963
I further state that I am a Special Agent, United States Customs Service, and that this complaint is based on the following

See Attached Affidavit

Continued on the attached and made a part hereof:  [x] Yes  [ ] No

_____
Stephen E. Cole, Special Agent
United States Customs Service

Sworn to before me, and subscribed in my presence,

Jan. 18, 2000                    at Fort Lauderdale, Florida
Date                              City and State

BARRY SELTZER
~~Lurana S. Snow, Chief~~ United States Magistrate Judge
Name and Title of Judicial Officer BARRY SELTZER    Signature of Judicial Officer

## AFFIDAVIT

I, Special Agent, Stephen E. Cole, United States Department of the Treasury, United States Customs Service, being duly sworn depose and say: I am a Special Agent with the United States Customs Service, (hereafter "USCS") and have been so employed for over twelve (12) years.

The facts contained in this affidavit are of my own personal knowledge, observations and facts related to me by agents of the United States Customs Service, DEA and of the Cayman Islands Customs Service.

1. On January 14, 2000, your affiant was notified by the managing company for Celebrity Cruise Lines that a crew member had been detained aboard the cruise ship Mercury for attempting to smuggle two kilograms of cocaine aboard the ship while it was docked in the port of Calica, Mexico. The ship's final destination was Port Everglades, Florida. The crew member was identified as CARLOS LIMAS (full name CARLOS OSWALDO LIMAS-PAZ).

2. On January 16, 2000, the ship Mercury arrived at Port Everglades. LIMAS was being detained by ship authorities. Information obtained from the ship authorities revealed the following: The M/V Mercury began a seven day cruise, originating

1

from Port Everglades, FL on or about January 9, 2000. One of the stops on the cruise was the port of Calica, Mexico. On January 12, 2000, at approximately 3:20 PM, ship security officer Ceasar Moron was conducting inspections of crew members who were re-boarding the ship, when the defendant, a utility worker approached. Officer Moron found a suspicious package, wrapped in tin foil, in a grocery bag that the defendant was carrying. The defendant was detained for further inspection, which revealed one kilogram of suspect cocaine in the bag, and a second kilogram concealed on his person.

3. After his arrival in the United States and after being advised of his Miranda rights, the defendant was interviewed by agents of DEA. The defendant admitted that, while in Mexico, he accompanied another crew member to Playa de Carmen, Mexico to pick up a quantity of cocaine which he intended to bring aboard the ship for delivery to Florida. The defendant acknowledged that he was acting on behalf of the other crew member and that he was supposed to receive $1000 for his role in delivering the merchandise to another party in Fort Lauderdale.

4. A field test was conducted on one of the suspect packages, and it tested positive for the presence of cocaine.

Further affiant sayeth naught.

*[signature]*
STEPHEN E. COLE
SPECIAL AGENT
U.S. CUSTOMS SERVICE

Sworn and subscribed to before me
this _____18th_____ day of January, 2000.

*[signature]*
BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

3