**COURT MINUTES**

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

| | | | |
|---|---|---|---|
| DEFT: | Carlos Oswaldo Lamis-Paz (J)# | CASE NO: | 00-4007-BSS |
| AUSA: | Roger Stefin /present | ATTNY: | Darryl Wilcox |
| AGENT: | | VIOL: | conspiracy to PWID cocaine |
| PROCEEDING: | Initial Appearance | BOND REC: | PTD |

BOND HEARING HELD - yes /(no)   COUNSEL APPOINTED: FPD

___ BOND SET @ $25,000 Corp. Surety Bond w/ Deld

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passport/travel documents.
4) Rpt to PTS as directed /or ___ X's a week/month by phone; ___ X's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House _____
    ___ Electronic Monitoring _____

FILED
JAN 18 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

No Bond hrg - both sides stipulate to Corp. Surety, reserving rights to proceed w/ PTD hrg at later date

Δ - advised of charge, needs Ct. Appointed atty
Sworn for counsel

(Circle One)
Interpreter Required
No Interpreter
Not Known
Spanish
(Specify Language)

Δ found
Partial Indigence -
$250 into Reg. of Ct w/in 30 days

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| (PTD)/BOND HEARING: xxxx | | | |
| PRELIM/ARRAIGN. OR REMXXXXX | 1-28-00 | 11:00am | BSS |
| STATUS CONFERENCE re partial indigent | 2-18-00 | 11:00 | BSS |
| DATE: 1-18-00 | TIME: 11:00am | TAPE #: 00-002 PG# 5 | |

557-884
Recalled
00-002
1455-3520