# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

MS# 55147-004

UNITED STATES OF AMERICA )  CASE NUMBER: CR __00-4007-BSS__
        Plaintiff )
                           )
     -vs-            )  REPORT COMMENCING CRIMINAL
                           )          ACTION
__Carlos Oswaldo LIMAS-Paz__
        Defendant

FILED by ___ D.C.
JAN 21 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

TO: CLERK'S OFFICE    MIAMI    (FT. LAUDERDALE)    W. PALM BEACH
     U.S. DISTRICT COURT                (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: __January 16, 2000   0845__ (a.m.)/p.m.

(2) LANGUAGE(S) SPOKEN: __Spanish/English__

(3) OFFENSE(S) CHARGED: __Cocaine Trafficking__
__21 USC 952, 963__

(4) UNITED STATES CITIZEN: ( )YES (X)NO ( )UNKNOWN

(5) DATE OF BIRTH: __July 2, 1971__

(6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
     [ ] INDICTMENT    [X] COMPLAINT    CASE # _____
     [ ] BENCH WARRANT FOR FAILURE TO APPEAR
     [ ] PAROLE VIOLATION WARRANT
     ORIGINATING DISTRICT: __Southern District of Florida__
     COPY OF WARRANT LEFT WITH BOOKING OFFICER? [ ]YES [ ]NO

AMOUNT OF BOND: $ __PTD__     WHO SET BOND? __AUSA Thompson__

(7) REMARKS: _____

(8) DATE: __011600__    (9) ARRESTING OFFICER __S/A Cole__

(10) AGENCY __US Customs__    (11) PHONE # __954 868 2975__

(12) COMMENTS _____