RHS:glc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO: 00-4007-BSS
Magistrate Judge Seltzer

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CARLOS LIMAS-PAZ,

    Defendant.
_____/

## GOVERNMENT'S MOTION TO RELEASE FUNDS TO CLERK OF COURT

The United States Attorney by and through the undersigned counsel, moves release funds for the Clerk of Court, and states as follows:

1. The Defendant appeared for his initial appearance on January 18, 2000, at which time to Federal Public Defender was appointed to represent him. The defendant was also ordered to remit $250.00 to the Clerk of Court to help defray legal expenses.

2. At the time of his arrest, the defendant possessed $280 in United States currency which was seized by United States Customs by agents.



3.   The United States requests that this court enter an order, directing that the United States Customs Service forward $250.00 of the funds seized from the defendant to the Clerk of the Court in satisfaction if the defendant's financial obligation.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _____
ROGER H. STEFIN
Assistant United States Attorney
Florida Bar No. 287334
500 East Broward Blvd., Ste.700
Fort Lauderdale, Florida 33394
Tel:   (954) 356-7255, Ext: 3558
Fax:   (954) 356-7230
E-mail Address: Roger.Stefin2@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing was mailed this 24th day of January, 2000, to Federal Public Defender's Office, 101 N.E. 3rd Ave Fort Lauderdale, FL 33301.

_____
ROGER H. STEFIN
Assistant United States Attorney

RHS:glc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO: _____

Magistrate Judge Seltzer

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CARLOS LIMAS-PAZ,

    Defendant.
_____/

## ORDER TO RELEASE FUNDS TO CLERK OF COURT

This cause having come to be heard upon the government's motion to Release Funds to the Clerk of Court, and the court being fully advised in the promises it is hereby

Ordered and Adjudged that the foregoing motion is granted. The United States Customs Service is directed to release $250.00 of funds seized from the defendant and to remit same to the Clerk of Court, in satisfaction of defendant's obligation to partially defray his legal expenses.

Done and ordered this _____ day of January, 2000.

_____
BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

cc: Roger H. Stefin
    Federal Public Defender's Office
    United States Customs Service