RHS:



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 

21 U.S.C. §952(a)
21 U.S.C. §963

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

CARLOS LIMAS-PAZ,

       Defendant.
_____/

### INDICTMENT

The Grand Jury charges that:

#### COUNT I

On or about January 14, 2000, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

CARLOS LIMAS-PAZ,

did knowingly and intentionally combine, conspire, confederate and agree with persons unknown to the Grand Jury to import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of



cocaine, in violation of Title 21, United States Code, Section 952(a).

In violation of Title 21, United States Code, Section 963.

## COUNT II

On or about January 14, 2000, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

CARLOS LIMAS-PAZ,

did knowingly and intentionally attempt to import into the United States, from a place outside thereof, a Schedule II controlled substance, this is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 952(a).

In violation of Title 21, United States Code, Section 963.

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
ROGER H. STEFIN
UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

Defendant Name: **CARLOS LIMAS-PAZ**           Case No._____

Count #: I _____

Conspiracy to import cocaine _____

21 U.S.C. §963 _____

**\*Max Penalty: Forty years' with five year mandatory minimum imprisonment; $2,000,00, fine.**
================================================================

Count #: II _____

Attempted Importation of cocaine. _____

21 U.S.C. §952(a), 963 _____

**\*Max Penalty: Forty years' with five year mandatory minimum imprisonment; $2,000,00, fine.**
================================================================

Count #: _____

**\*Max. Penalty:** _____
================================================================
Count #: _____

**\*Max. Penalty:** _____
================================================================

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable

10/9/98

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA        CASE NO. _____

v.                              **CERTIFICATE OF TRIAL ATTORNEY***

                                **Superseding Case Information:**

CARLOS LIMAS-PAZ _____
**Court Division**: (Select One)        New Defendant(s)        Yes ___   No _X_
                                        Number of New Defendants ___
___ Miami    ___ Key West              Total number of counts ___
_X_ FTL      ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No) __Yes_____
   List language and/or dialect   __SPANISH_____

4. This case will take _3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                        (Check only one)

   I    0 to 5 days        _X_        Petty       ___
   II   6 to 10 days       ___        Minor       ___
   III  11 to 20 days      ___        Misdem.     ___
   IV   21 to 60 days      ___        Felony      _X_
   V    61 days and over   ___

6. Has this case been previously filed in this District Court? (Yes or No) _Yes_
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) _Yes_
   If yes:
   Magistrate Case No.  00-4007-BSS
   Related Miscellaneous numbers: __N/A__
   Defendant(s) in federal custody as of __1/16/00__
   Defendant(s) in state custody as of __N/A__
   Rule 20 from the __N/A__    District of __N/A__

   Is this a potential death penalty case? (Yes or No) __No__

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes _X_ No

                                        /s/ Roger H. Stefin
                                        _____
                                        ROGER H. STEFIN
                                        ASSISTANT U.S. ATTORNEY
                                        FLORIDA BAR NO: 287334

*Penalty Sheet(s) attached                                    REV.4/7/99