RHS:glc

REC'D by _____ D.C.
INTAKE
JAN 3 , 2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

00-6021-CR-Hurley

CASE NO: 00-4007-BSS

Magistrate Judge Seltzer

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CARLOS LIMAS-PAZ,

    Defendant.
_____/

### ORDER TO RELEASE FUNDS TO CLERK OF COURT

This cause having come to be heard upon the government's motion to Release Funds to the Clerk of Court, and the court being fully advised in the promises it is hereby

Ordered and Adjudged that the foregoing motion is granted. The United States Customs Service is directed to release $250.00 of funds seized from the defendant and to remit same to the Clerk of Court, in satisfaction of defendant's obligation to partially defray his legal expenses. This Order is stayed, however, pending the outcome of Defendant's appeal. BSS Execution of

Done and ordered this ___28th___ day of January, 2000.

                                                BARRY S. SELTZER
                                              UNITED STATES MAGISTRATE JUDGE

cc: Roger H. Stefin
    Federal Public Defender's Office
    United States Customs Service