UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6021-CR-Hurley

UNITED STATES OF AMERICA,         :

    Plaintiff,                  :

vs.                               :

CARLOS LAMIS-PAZ,                 :

    Defendant.                  :
_____/

## MOTION TO VACATE PARTIAL INDIGENCY ORDER

The defendant, through counsel, requests that the court vacate its previous order declaring Carlos Lamis-Paz partially indigent and require him to pay $250 and as grounds therefore would state:

1. On January 18, 2000 the defendant appeared before the court, was declared partially indigent and ordered to pay $250 pursuant to 18 U.S.C. § 3006A(f).

2. Apparently Mr. Lamis-Paz apprised the court that he had $250.00 on him at the time of his arrest. Thereafter, the court entered the partial indigency order.

3. Mr. Lamis-Paz has a common law wife and two children to support. In addition, he has no other assets at all except the small amount of cash he had on his person when arrested. Accordingly, the funds are not available pursuant to 18 U.S.C. § 3006(A)(f).



WHEREFORE, the defendant requests that this court vacate its previous order of January 18, 2000.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Timothy M. Day
Assistant Federal Public Defender
Florida Bar No. 360325
101 N.E. 3rd Avenue
Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436
(954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this 28 day of January, 2000 to Roger Stefin, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301.

_____
Timothy M. Day

S:\DAY\Lamis-Paz\VACATE.1