COURT MINUTES

DEFT: Carlos Oswaldo Limas Paz (J)#     CASE NO: 00-6021-CR-Hurley ~~00-4007-BSS~~
AUSA: Roger Stefin present              ATTNY: FPD Tim Day
AGENT: _____                            VIOL: _____
PROCEEDING: ~~Prelim~~/Arraignment      BOND REC: _____
BOND HEARING HELD - yes/no              COUNSEL APPOINTED: _____
___ BOND SET @ _____
CO-SIGNATURES: _____
SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House _____
    ___ Electronic Monitoring _____

Reading of indictment waived
Not Guilty plea entered
Jury Trial demanded
Standing Discovery Order requested

(Circle One)
Interpreter Required
(Specify Language)

△ files motion to
Vacate partial
indigence
Denied

NEXT COURT APPEARANCE:    DATE:           TIME:        JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: 2-28-00  9:30am   AEV/WPB a.m.
DATE: 1-28-00    TIME: 11:00am    TAPE # 00-010 PG #
                                        3500-3680
                                        00-011
                                        1-