UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 00-6021-CR-HURLEY

MAGISTRATE JUDGE SELTZER

UNITED STATES OF AMERICA,                :

    Plaintiff,                                                :

vs.                                                              :

CARLOS LIMAS-PAZ,                           :

    Defendant.                                           :
_____/

# DEFENDANT CAROLS LIMAS-PAZ' APPEAL OF MAGISTRATE'S PARTIAL INDIGENCY ORDER

Pursuant to Local Rules, the defendant hereby appeals the entry of a Partial Indigency Order and denial of Motion to Vacate the Partial Indigency Order and states:

1. On January 14, 2000 the defendant was arrested for bringing cocaine into the United States. The defendant is a Honduran citizen.

2. At his initial appearance, Mr. Limas-Paz was declared partially indigent by the Magistrate Judge, apparently due to his statement that he had a certain sum of money. Mr. Limas-Paz also had approximately $280.00 on him a the time of his arrest. Mr. Limas-Paz was ordered to pay a partial indigency sum of $250.00.

3. On January 28, 2000 the defendant filed a motion to vacate the partial indigency order stating that he had a wife and two children to support and that those assets were not available assets pursuant to 18 U.S.C. § 3006(A)(f). The defendant is detained at the Federal Detention Center in



Miami.

4. The court denied the motion to vacate by written order dated January 28, 2000.

WHEREFORE, the defendant, Carlos Limas-Paz, hereby appeals the order declaring him partially indigent, assessing him $250.00 and the order denying the motion to vacate the partial indigency order. The defendant contends he has no available assets pursuant to 18 U.S.C. § 3006(A)(f).

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Timothy M. Day
Assistant Federal Public Defender
Florida Bar No. 360325
101 N.E. 3rd Avenue
Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436
(954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this 28 day of January, 2000 to Roger Stefin, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301.

_____
Timothy M. Day

S:\DAY\Limas-Paz\APPEAL.1