

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6021-CR-Hurley

UNITED STATES OF AMERICA

vs

Carlos Oswaldo Limas Paz

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S Seltzer on   1-28-00   , where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date

DEFENDANT:          Address:  In Custody

                    Telephone:

DEFENSE COUNSEL:    Name:  FPD

                    Address:

                    Telephone:

BOND SET/CONTINUED:  $  remains in custody

Bond hearing held: yes_____  no_____  Bond hearing set for_____

Dated this   28   day of   January   , 20 00 .

CLARENCE MADDOX
COURT ADMINISTRATOR/ CLERK

By: _____
Deputy Clerk

Tape No.  00-010

cc: Clerk for Judge
    U. S. Attorney

