cda

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION

Case No. 2000-6021-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CARLOS LAMIS-PAZ,

    Defendant.

_____/

## NOTICE OF REASSIGNMENT

The above captioned case has been reassigned to the Assistant Federal Public Defender specified below.

Please send all notices and inquiries to this attorney at the address listed below.

        KATHLEEN M. WILLIAMS
        FEDERAL PUBLIC DEFENDER

        By: _____
           Dave Lee Brannon
           Assistant
           Federal Public Defender
           Attorney for Defendant
           Florida Bar No. 297941
           400 Australian Avenue, Suite 300
           West Palm Beach, Florida 33401
           TEL:(561)833-6288/FAX:(561)833-0368

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered this 4th day of February, 2000, to the Office of the United States Attorney, 701 Clematis Street, West Palm Beach, FL 33401.

*[signature]*
Dave Lee Brannon