cda

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION

Case No. 2000-6021-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CARLOS LAMIS-PAZ,

    Defendant.

_____/



## DEMAND FOR DISCLOSURES OF EXPERT WITNESS SUMMARIES

The defendant, Carlos Lamis-Paz, through undersigned counsel, demands disclosure under Fed. R. Crim. P. 16(a)(1)(E) of expert testimony the government intends to introduce at trial during its case-in-chief. As to each potential expert witness, the government should disclose the name of the expert witness, the witness' qualifications, present employment, a summary of the witness' opinion, and the bases and reasons for the opinion.

                                        KATHLEEN M. WILLIAMS
                                      FEDERAL PUBLIC DEFENDER

                           By: _____
                                Dave Lee Brannon
                                  Assistant
                                  Federal Public Defender
                                  Attorney for Defendant
                                  Florida Bar No. 297941
                                  400 Australian Avenue, Suite 300
                                  West Palm Beach, Florida 33401
                                  TEL:(561)833-6288/FAX:(561)833-0368

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered this 4th day of February, 2000, to the Office of the United States Attorney, 701 Clematis Street, West Palm Beach, FL 33401.

Dave Lee Brannon