# United States District Court

Southern DISTRICT OF Florida

FILED by __ D.C.
FEB 10 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

United States District Court

v.

Carlos Oswaldo Limas-Paz (J)#

NOTICE

CASE NUMBER: 00-6021-CR-Hurley

**TYPE OF CASE:** ☐ CIVIL ☒ CRIMINAL

☒ TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 299 E. Broward Blvd. Ft. Lauderdale, FL 33301 | 110 - Judge Seltzer's Courtroom |
| | **DATE AND TIME** Wednesday - March 15, 2000 11:00am |

**TYPE OF PROCEEDING**

Status re partial indigence order

☐ TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO, DATE AND TIME |
|---|---|---|
| | | |

BARRY S. SELTZER
U.S. MAGISTRATE XXXXXXXXXXX

2-10-00
DATE

(BY) DEPUTY CLERK

To: Roger Stefin, AUSA
Dave Brannon, FPD
Judge Daniel T.K. Hurley
Pretrial Services
U.S. Marshal
File