# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON** DATE: 2/28/00   TIME: 10:00 AM

**DEFT.** CARLOS OSWALDO LIMAS-PAZ (J)   **CASE NO.** 00-6021-CR-HURLEY
(Defendant not needed)

**AUSA.** ROGER STEFIN   **ATTY.** DAVE BRANNON, AFPD

**AGENT.**   **VIOL.** IMPORTATION OF COCAINE
21:952(a), 963

**PROCEEDING** STATUS RE: DISCOVERY   **BOND.**

**DISPOSITION** No discovery problems; Case is likely to settle.

DATE: 2/28/00   TAPE: LRJ-00- 15-311