UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 00-6021-CR-HURLEY

MAGISTRATE JUDGE SELTZER

UNITED STATES OF AMERICA,      :

    Plaintiff,

vs.

CARLOS LIMAS-PAZ,

    Defendant.
_____/

**ORDER**

Granted ☐         Denied ☒
Comments: _MAGISTRATE'S_
_ORDER IS AFFIRMED._

DANIEL T. K. HURLEY
U.S. District Judge

Date _March 5, 2000_

FILED by ___ D.C.
MAR 6 2000
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## DEFENDANT CAROLS LIMAS-PAZ' APPEAL OF MAGISTRATE'S PARTIAL INDIGENCY ORDER

Pursuant to Local Rules, the defendant hereby appeals the entry of a Partial Indigency Order and denial of Motion to Vacate the Partial Indigency Order and states:

1.    On January 14, 2000 the defendant was arrested for bringing cocaine into the United States. The defendant is a Honduran citizen.

2.    At his initial appearance, Mr. Limas-Paz was declared partially indigent by the Magistrate Judge, apparently due to his statement that he had a certain sum of money. Mr. Limas-Paz also had approximately $280.00 on him a the time of his arrest. Mr. Limas-Paz was ordered to pay a partial indigency sum of $250.00.

3.    On January 28, 2000 the defendant filed a motion to vacate the partial indigency order stating that he had a wife and two children to support and that those assets were not available assets pursuant to 18 U.S.C. § 3006(A)(f). The defendant is detained at the Federal Detention Center in

