# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## HONORABLE DANIEL T. K. HURLEY



================================================

Case No. __00-6021-CR__  Date __May 23, 2000__

Courtroom Deputy: James E. Caldwell     Court reporter: Pauline Stipes

Language Spoken: __Spanish__      Defendant's Status: (Pretrial Detained / ~~Bond~~)

UNITED STATES OF AMERICA v. __Carlos Limas-PAZ__

AUSA: __Rolando Garcia for Roger H. Stefins__      DEFENSE COUNSEL: __AFPD Dave Lee Brannon__

TYPE OF HEARING: __Change of plea from not guilty to guilty as to Count I of the indictment.__

RESULTS OF HEARING: __After an inquiry, the plea of guilty was accepted.__

Misc.: __Sentencing date set for Friday, August 11, 2000, at 9:00 a.m.__