cda

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION

CASE NO. 00-6021-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

CARLOS LIMAS-PAZ

     Defendant.

_____/



## SUBMISSIONS FOR SENTENCING

    Defendant, Carlos Limas-Paz, through counsel, respectfully requests this Court consider the

attached letters in determining the appropriate sentence in this cause.

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
      Dave Lee Brannon
       Assistant
      Federal Public Defender
      Attorney for Defendant
      Florida Bar No. 297941
      400 Australian Avenue, Suite 300
      West Palm Beach, Florida 33401
      TEL:(561)833-6288/FAX:(561)833-0368

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed this ⁴ᵗʰ day of August, 2000, to Assistant United States Attorney Roger H. Stefin, 500 East Broward Boulevard, 7th Floor, Ft. Lauderdale, FL 33394-3002 and United States Probation Officer Scott Kirsche, 501 S. Flagler Drive, Suite 400, West Palm Beach, FL 33401.

Dave Lee Brannon

West Palm Beach

The Honorable Daniel T.K. Hurley
U. S. District Judge.

Respetable Señor:
Espero se encuentre bien de salud el lado de su estimada
familia, asimismo tanto le deseo éxitos en sus delicadas
funciones diarias y en todos los aspectos de la vida.

El motivo de la presente y me permite con todo respeto el
dirigirme a usted para hacer de su conocimiento mi arri-
pentimiento por el delito que cometí y pido perdón al
gobierno de los Estados Unidos. Aunque mi detención fue en
otro país (México) pero para mi seriedad y experiencia a
los agentes de la D.E.A el mismo entré en este sistema
lo cual penso ha sido lo mejor para mi.

También pido en nombre de mi familia y el mío en particular
que en el momento de dictarme la sentencia sea misericor-
dioso con mi persona para así en un futuro no muy lejano
poder volver al lado de mi familia que tanto me necesitan
y extrañan allá en mi tierra, Honduras.

Agradeciendo la atención prestada a la presente me despi-
do de usted.
                    Atte:
                    Carlos Limas Paz
                    Case N= 00-6021-CR-Hurley.

## TRANSLATION FROM SPANISH INTO ENGLISH

West Palm Beach

The Honorable Daniel T.K. Hurley
U.S. District Judge

Your Honor:

I hope that you are in good health in the company of your dear family, and at the same time, I wish you much success in your daily duties and in all aspects of your life.

The reason for my letter, and I address you with all due respect, is to inform you of my deep repentance for the crime I committed and to ask forgiveness of the United States. Even though my detention took place in another country (Mexico), but for my sincerity and cooperation with the D.E.A. agents it came into this system which, I believe, was the best thing for me.

I am also asking in the name of my family and mine in particular, that at the moment you pronounce sentence you be merciful with me so that in a not too distant future, I may return to my family who need me so much and miss me in my country, Honduras.

I thank you for your consideration to this letter and I take my leave from you.

Sincerely,

/s/ Carlos O. Limas Paz
Case No.: 00-6021-Cr-Hurley



*Honduras, C. A.*
*Secretaría de Seguridad*
*Dirección General de Investigación Criminal*
*(D.G.I.C.)*

C O N S T A N C I A

La Suscrita Jefe de la Seccion de Archivo Criminal de la Dirección General de Investigación Criminal(D.G.I.C).- HACE CONSTAR: Que segun nuestros Archivos El señor (A): **CARLOS OSWALDO LIMAS PAZ** HONDUREÑO,SOLTERO, BACHILLER EN CIENCIAS Y LETRAS Y CON DOMICILIO EN SAN FRANCISCO DE YOJOA,CORTES **NO SE ENCUENTRA REGISTRADO** QUE HAYA COMETIDO DELITO O FLATA ALGUNA,

Y Para los fines que al interesado convenga se le extiende la presente válida solamente para **TRAMITES LEGALES** .Dada en la Ciudad de Comayaguela Municipio del Distrito Central a los 03 dias del mes de julio del Dos Mil.

DUNIA LISBETH SANTOS
JEFE DE ARCHIVO CRIMINAL D.G.I.C.

---

### TRANSLATION FROM SPANISH INTO ENGLISH

---

*LOGO*
Honduras, C.A.
Department of Safety
General Administration of Criminal Investigations
G.A.C.I.

### C E R T I F I C A T I O N

The Undersigned Chief of the Criminal Records Section of the General Administration of Criminal Investigations (G.A.C.I.).- HEREBY STATES: That according to our files Mr. **CARLOS OSWALDO LIMAS PAZ**, HONDUREAN, SINGLE, GRADUATED IN ARTS AND SCIENCES AND RESIDENT OF SAN FRANCISCO DE YOJOA, CORTES **DOES NOT APPEAR IN OUR FILES** as having committed any crime or misdeed.

And for all intents and purposes of the interested party, this certification is issued only for **LEGAL PURPOSES**. Issued in the city of Comayaguela, Central District Municipality on the 3rd day of the month of July, 2000.

/s/

DUNIA LISBETH SANTOS
Chief of Criminal Records, G.A.C.I.

*Note: On the left side of the signature there appears an inking seal from the Department of Safety, Republic of Honduras, Records Section.*

---

**Translation and Interpretation Unit - Office of the Federal Public Defender**

---
### TRANSLATION FROM SPANISH INTO ENGLISH
---

*(THE FOLLOWING IS ON THE REVERSE OF THE PREVIOUS DOCUMENT)*


# AUTHENTICATION


The Undersigned Chief of the General Administration of Criminal Investigations, **CERTIFIES**: that the signature affixed to this document that reads: **DUNIA LISBETH SANTOS**, Chief of Criminal Records G.A.C.I., is Authentic having been written by her own hand and in the same handwriting as she utilizes in all her actions and contracts. In witness thereof, I sign and seal this document on July 3rd, 2000.


**Mr. FRANCISCO WILFREDO ALVARADO MADRID**

**General Manager of Criminal Investigations**


cc. File


---
---



# C O N S T A N C I A

El suscrito Juez y secretario del Juzgado de Letras Cuarto de lo Criminal de esta Sección Judicial, **HACEN CONSTAR:** Que se ha buscado minuciosamente en los libros y archivos de este Juzgado y no se ha encontrado proceso pendiente o fenecido, por delito o falta alguna en contra del señor **CARLOS OSWALDO LIMAS PAZ**, mayor de edad, soltero. Bachiller en Ciencias y Letras, hondureño y con domicilio en el municipio de San Francisco de Yojoa, Cortés.

Y para los fines que al interesado convengan, se le extiende la presente Constancia, en la ciudad de San pedro Sula, departamento de Cortés, a los veinte dias del mes de junio del año dos mil.

JUEZ.- JUZGADO DE LETRAS CUARTO DE LO CRIMINAL.

SRIO. JUZGADO DE LETRAS CUARTO DE LO CRIMINAL.

---
**TRANSLATION FROM SPANISH INTO ENGLISH**

---

CERTIFICATION

The undersigned Judge and the Clerk of the Fourth Criminal Court of this Judicial District, **CERTIFY:** That after carefully reviewing the books and files of this Court there have been found no pending or closed proceedings, for any crime or misdeed against Mr. **CARLOS OSWALDO LIMAS PAZ,** single, adult, Graduate in Arts and Sciences, Hondurean and resident of the Municipality of San Francisco de Yojoa, Cortes.

And for all intents and purposes of the interested party this Certification is issued in the city of San Pedro Sula, Cortes Province, on the twentieth day of the month of July, 2000.


/s/                                    /s/
JUDGE - FOURTH JUDICIAL         CLERK - FOURTH JUDICIAL
CRIMINAL COURT                  CRIMINAL COURT


*Note:  On three places on the document there appears an inking seal from the Chief Judge and the Clerk of the Fourth Criminal Court of San Pedro Sula.*

---
**Translation and Interpretation Unit - Office of the Federal Public Defender**



C O N S T A N C I A

El suscrito Juez y secretario del Juzgado de Letras Segundo de lo Criminal de esta Sección Judicial, **HACEN CONSTAR**: Que se ha buscado minuciosamente en los libros y archivos de este Juzgado y no se ha encontrado proceso pendiente o fenecido, por delito o falta alguna en contra del señor **CARLOS OSWALDO LIMAS PAZ**, mayor de edad, soltero, Bachiller en Ciencias y Letras, hondureño y con domicilio en el municipio de San Francisco de Yojoa, Cortés.

Y para los fines que al interesado convengan, se le extiende la presente Constancia, en la ciudad de San pedro Sula, departamento de Cortés, a los veinte días del mes de junio del año dos mil.

JUEZ. JUZGADO DE LETRAS SEGUNDO DE LO CRIMINAL.

SRIO. JUZGADO DE LETRAS SEGUNDO DE LO CRIMINAL.

---
**TRANSLATION FROM SPANISH INTO ENGLISH**
---

C E R T I F I C A T I O N

The undersigned Judge and the Clerk of the Second Criminal Court of this Judicial District, **CERTIFY:** That after carefully reviewing the books and files of this Court there have been found no pending or closed proceedings, for any crime or misdeed against Mr. **CARLOS OSWALDO LIMAS PAZ,** single, adult, Graduate in Arts and Sciences, Hondurean and resident of the Municipality of San Francisco de Yojoa, Cortes.

And for all intents and purposes of the interested party this Certification is issued in the city of San Pedro Sula, Cortes Province, on the twentieth day of the month of July, 2000.

/s/                                          /s/
JUDGE - SECOND JUDICIAL           CLERK - SECOND JUDICIAL
CRIMINAL COURT                        CRIMINAL COURT

*Note:  On three places on the document there appears an inking seal from the Judge and the Clerk of  the Second Criminal Court of San Pedro Sula.*

---
**Translation and Interpretation Unit - Office of the Federal Public Defender**
---



C   O       A    I   A

El Suscrito Juez y Secretario de Letras Tercero de letras de lo

criminal de esta sección Judicial, **HACE CONSTAR:** Que se ha

buscado minuciosamente en los libros y archivos de este Juzgado

y no se han encontrado proceso pendiente o fenecido, por delito

o falta alguna  en contra del  señor **CARLOS OSWALDO LIMAS  PAZ.**

mayor de edad , soltero, bachiller en Ciencias y Letras,

hondureño y con domicilio en  el municipio de San  Francisco de

Yojoa, Cortés.


Y  para los fines que  al interesados convengan, se le extiende

la  presete  Constancia,  en  la  Ciudad  de  San  Pedro  Sula,

departamente de Cortés, a los veinte dias del  mes de junio del

    mil.

    JUZGADO TERCERO DE LETRAS

DE LO CRIMINAL.

                              SRIO. JUZGADO TERCERO DE LETRAS

                              DE LO CRIMINAL..

---
## TRANSLATION FROM SPANISH INTO ENGLISH
---

### C E R T I F I C A T I O N

The undersigned Judge and the Clerk of the Third Criminal Court of this Judicial District, **CERTIFY:** That after carefully reviewing the books and files of this Court there have been found no pending or closed proceedings, for any crime or misdeed against Mr. **CARLOS OSWALDO LIMAS PAZ,** single, adult, Graduate in Arts and Sciences, Honduran and resident of the Municipality of San Francisco de Yojoa, Cortes.

And for all intents and purposes of the interested party this Certification is issued in the city of San Pedro Sula, Cortes Province, on the twentieth day of the month of July, 2000.

/s/                                          /s/
JUDGE - THIRD JUDICIAL          CLERK - THIRD JUDICIAL
CRIMINAL COURT                      CRIMINAL COURT

*Note: On three places on the document there appears an inking seal from the Judge and the Clerk of the Third Criminal Court of San Pedro Sula.*

---
---

C O N S T A N C I A
=====================

Por éste medio el Consejo de Comunidad de la Iglesia Católica de éste termino municipal hace constar que el Joven CARLOS OSVALDO LIMAS PAZ, desde su niñez su comportamiento en ésta comunidad ha sido excelente, nunca ha violado la Ley en éste País.

Y para los fines que al interesado le convengan, le extendemos la presente constancia en San Francisco de Yojoa, Cortés, a los diez días del mes de Junio del dos mil.

.................................                    ...........................
Víctor Manuel Fernández                              Jorge Carranza
Coordinador.                                         Delegado de la Palabra de
Delegado de la Palabra                               Dios.
de Dios.

---
### TRANSLATION FROM SPANISH INTO ENGLISH
---

## C E R T I F I C A T I O N

By these means the Community Council for the Catholic Church in this municipality states that CARLOS OSVALDO LIMAS PAZ, is a young man whose behavior in this community since childhood has been excellent and who has never violated the laws in this Country.

And for all intents and purposes of the interested party, this certification is issued in San Francisco de Yojoa, Cortes, on the tenth day of the month of July, 2000.


/s/                                                  /s/
_____                  _____
Victor Manuel Fernandez                      Jorge Carranza
Coordinator                                          Representative of the Word of God
Representative of the Word of God


*Note:  This document bears an inking seal from the Catholic Church Community Council of San Francisco de Yojoa, Cortes.*

---
---



# MUNICIPALIDAD

San Francisco de Yojoa, Cortés

### JEFATURA DE POLICIA

Tel. 650-41-09

## C O N S T A N C I A

El suscrito JUEZ DE POLICIA de este termino Municipal HACE CONSTAR. Que el señor CARLOS OSWALDO LIMAS PAZ es una persona que no ha tenido ningun problema con la justicia, revizado cuidadosamente los libros de faltas de policia no ha sido encontrado nada en su contra, ya que es una persona humilde, trabajadora honesta, y de buenos principios.

Se le pide a las autoridades tanto civiles como militares, brindarle el apoyo necesario.

Extendida en el municipio de san francisco de yojoa departamento de côrtes, a los tres dias del mes de Junio del año dos mil.



P.M. Alex Gomez Ocampos
Juez de Policia Mpal.

---

**TRANSLATION FROM SPANISH INTO ENGLISH**

---

*LOGO*

**MUNICIPALITY**
**San Francisco de Yojoa, Cortes**
**Police Headquarters**
**Tel. 650-41-09**

## C E R T I F I C A T I O N

The undersigned POLICE CHIEF for this Municipality CERTIFIES. That Mr. CARLOS OSWALDO LIMAS PAZ is a person who has never been in trouble with the law, having carefully reviewed the records of judicial misconduct, nothing has been found against him, since he is a humble, hardworking, honest person, and one of sound principles.

We request from the authorities, civil as well as military, that they may offer him the necessary support.

Issued in the Municipality of San Francisco de Yojoa, Province of Cortes, on the third day of the month of June, 2000.

/s/
P.M.. Alexi Gomez Ocampos
Chief of the Municipal Police

---



# JUZGADO DE PAZ
### REPUBLICA DE HONDURAS

CONSTANCIA DE ANTECEDENTES JUDICIALES.

Los Suscritos juez de paz y Secretario de actuaciones del juzgado de
Paz de lo criminal y civil de este Municipio de San Francisco de Yo-
jos departamento de cortés Honduras Centro America,por medio de la --
presente hacemos constar.Que habiendo Revisado en forma minuciosa los,
expedientes Sumariales en este Archivo Judicial,se Constata que al Ciu_
dadano CARLOS OSWALDO LIMAS PAZ, vecino y originario de este Municipio;
es persona ampliamente conocida en todos los vínculos sociales de la co_
munidad, asi mismo goza de excelente Nota de conducta en este juzgado de
Paz de lo criminal y civil, no teniendo malos antecedentes penales en es_
te tribunal de justicia.

    Y para los fines y demas efectos legales que al interesado conven_
ga se le extiende la presente en San Francisco de Yojoa,a los 6 dias de
Junio del año dos mil.



SELL

JOSE SABILLON F.
Juez de paz

BR. JUAN DE DIOS PAZ F.
SECRETARIO

## TRANSLATION FROM SPANISH INTO ENGLISH

### *LOGO*

### JUSTICE OF THE PEACE
### REPUBLIC OF HONDURAS

### CERTIFICATION OF CRIMINAL RECORD

The Undersigned Justice of the Peace and Clerk of Judicial Proceedings in the Civil and Criminal courts of this Municipality of San Francisco de Yojoa, Cortes Province in Honduras, Central America, take this opportunity to state that, having carefully reviewed the records of Judicial Proceedings contained in our Judicial Register, Citizen CARLOS OSWALDO LIMAS PAZ, resident and native of this Municipality is a well known person in all social circles of the community; in the same manner, he has an excellent behavioral record in this Civil and Criminal Jurisdiction, having had no adverse criminal record in this court of justice.

And, for all intents and purposes of the interested party, this is issued in San Francisco de Yojoa, on the 6th day of June, 2000.

SEAL _____/s/_____
JOSE SABILLON F.
Justice of the Peace

/s/
BR. JUAN DE DIOS PAZ F.
Clerk

*Note: On the bottom left side of the document there appears an inking seal from the Clerk's Office for the Justice of the Peace for San Francisco de Yojoa, Cortes, Honduras, C.A.*

**Translation and Interpretation Unit - Office of the Federal Public Defender**



## CONSTANCIA

Por medio de la presente hacemos constar que el **Sr. Carlos Oswaldo Limas Paz;** laboró para nuestra empresa desde el 03 de febrero de 1996 hasta el 10 de Julio de 1997.
Durante el tiempo que trabajo obtuvo estabilidad laboral, mostrando dotes de muy buena conducta y responsabilidad en su trabajo.

Choloma, Depto. De Cortes 20 de Junio del 2000-06-20

ELCATEX, S. A. DE C. V.

Jefe de Personal

---

## TRANSLATION FROM SPANISH INTO ENGLISH

---

ELASTICOS CENTROAMERICANOS
Y TEXTILES, S.A. DE C.V.
*(Central American Elastics and Textiles, Inc.)*

Carretera a Puerto cortes costado N.E.
De Zip Choloma Apartado Postal No. 1899
Tel.: 69-0029 to 69-0035 Fax: 69-0036, 69-0038, 69-3631

Choloma, Cortes, Honduras, CA.

**EL CANTEX.**
**ELASTICOS CENTROAMERICANOS**
**Y TEXTILES, S.A. DE C.V.**

## <u>CERTIFICATION</u>

This letter is to certify that *Mr. Carlos Oswaldo Limas Paz* worked for our company from February 3, 1996 to July 10, 1997.

During the time he was employed with us he attained work stability, exhibiting a gift for good behavior and responsibility in his job.

Choloma, Cortes Province, June 20, 2000, 06-20.


/s/
Personel Director


*Note: Over the signature there appears a seal from ELCATEX, S.A. FROM C.V.*


Making the difference in textiles

---

**Translation and Interpretation Unit - Office of the Federal Public Defender**

San Francisco de Yojoa, Cortés. Honduras, C.A. 11/07/00

Señoria: Juez de Miami Florida.

Respetable Señor, el mejor deseo es que Dios
lo bendiga y lo ilumine en todas sus acciones.
Señor Juez la presente es escrita de puño y
letra del. la madre del señor: Carlos Oswaldo Limas
Quien le suplica a usted tenga consideración
al momento de dar el Fallo a mi hijo, quiero
decirle a usted que nosotros aquí en Honduras
toda nuestra Familia es humilde Honrada y
sobre todo apegada a Dios.
Señoria mi hijo le juro es inosente, él en nuestro
pueblo es un Joven ejemplar digno de merecer
su libertad como todo ciudadano de su
indole lo merece, de hecho todas esas notas
que le van adjunta a esta carta, lo demuestran
que es un ciudadano honesto, trabajador e
incapaz de cometer delito alguno,
solo le pido que piense en su madre si
usted estubiera en la situación de mi hijo
apiadece de mi, tomelo muy en cuenta
Nosotros juntos la familia, amigos, de Carlos
le estaremos pidiendo a Dios por Carlos y
por Usted y por el abogado defensor que les
ilumine y les de la sabiduria necesaria para
entender y comprender que Carlos es inocente.
Señoria ¡Que Dios lo bendiga y lo cuide!
                atte   su amiga en Honduras
                    Maria Eduvijes Paz

---

## TRANSLATION FROM SPANISH INTO ENGLISH

---

San Francisco de Yojoa, Cortes, Honduras, C.A.                07/11/00

Your Honor: Judge from Miami, Florida

Honorable Sir,

My biggest wish is that God may bless and enlighten you in all your actions. Your Honor, this letter is written with my own hand as the mother of Mr. Carlos Oswaldo Limas, who begs you to be merciful at the time you dictate sentence on my son. I want to tell you that here in Honduras our whole family is humble, honest, and, above all, close to God.

Your Honor, I swear to you that my son is innocent. In our town he is an exemplary young man, deserving of his liberty as any citizen of his caliber. In fact, all these notes attached to this letter show him to be an honest, hard working citizen and someone incapable of committing any crime.

I only ask you to think how your mother would feel if you were in my son's situation. Have pity on me, give it much consideration. All of us together, Carlos' family and friends, will be praying to God for Carlos and for you and for the defense attorney so that he may enlighten you and give you the necessary wisdom to comprehend, understand that Carlos is innocent.

Your Honor, may God bless you and watch over you!

Sincerely, your friend in Honduras,

Maria Eduvijes Paz

---

GOBIERNO DE HONDURAS
SECRETARIA DE FINANZAS

## CONTADURIA GENERAL DE LA REPUBLICA

### INST. OFICIAL MANUEL DE JESUS SUBIRANA
#### Río Lindo - Cortés

Nº 240893



Serie **Y**

L. _____

19 /66

El _cmo_ _____ suscribe, CERTIFICA

que _Carlos Zimán_ _____ ha enterado en esta Oficina la suma de

_____

por _____

_____

.................................................
**Enterante.**

Original:        Oficina Recaudadora
Primera Copia:   Contaduría General de La República
Segunda Copia:   Enterante
Tercera Copia:   Auditoría Interna de la Institución

**Receptor de Fondos.**

**Artículo 2o.** Los recibos en otra forma no tendrán validez para los efectos de fiscalización, y se considerará como no entregado al valor que presenten con respecto al enterante.

(Decreto Legislativo número 58 de 5 de marzo de 1909)

CERTIFICACION DE CONDUCTA

El Suscrito Director del Instituto Polivalente MANUEL DE JESUS SUBIRA
NA,con Código No.0508300307, de la comunidad de Río Lindo,Cortés por
medio de la presente CERTIFICA: Que CARLOS OSWALDO LIMAS PAZ,con RNE.
88065403, fué alumno de éste Centro Educativo  según consta en los Li
bros de Registro de ésta Secretaría y durante su permanencia en éste
supo observar MUY BUENA CONDUCTA.

Y, para los fines que al interesado convenga se le expide la presente
en Río Lindo, Cortés a los Veinte días del mes de Junio del Dos Mil.

DIRECTOR

## TRANSLATION FROM SPANISH INTO ENGLISH

**GOVERNMENT OF HONDURAS**
**SECRETARY OF FINANCE**

**GENERAL ACCOUNTING OF THE REPUBLIC**
**INST. OFFICER MANUEL DE JESUS SUBIRANA**
**Rio Lindo - Cortes**

No.    240893                                                   **Series Y**

*LOGO OF THE*
*GENERAL ACCOUNTING OFFICE*
*Tegucigalpa, Honduras*

6/19

The undersigned manager, CERTIFIES that Carlos Limas has paid our office the amount of

5.00 L *(Lempira-currency of Honduras)*

for a certification of good conduct from Manuel de Jesus.


/s/
Receiver of Funds


*Note: Over the signature there appears a partially illegible  inking seal from the Administrator's Office in Cortes.*

## TRANSLATION FROM SPANISH INTO ENGLISH

### CERTIFICATION OF CONDUCT

The undersigned Director of the Instituto Polivalente *(Polyvalent Institute)*, MANUEL DE JESUS SUBIRANA, Code No. 0508300307, from the community of Rio Lindo, Cortes, takes this opportunity to CERTIFY: That CARLOS OSWALDO LIMAS PAZ, with Student I.D. No. 88065403, was a student at this Educational Institution as registered in the Registry of this Office and during his attendance here he had VERY GOOD CONDUCT.

And, for all intents and purposes of the interested party, this certification is issued in Rio Lindo, Cortes on the 20th day of June, 2000.

_____/s/_____
PRINCIPAL

*Note: Over the signature there appears an inking seal from the Manuel de Jesus Subirana Institute, Principal's Office, Rio Lindo, Cortes, Honduras- Sacrifice, Progress and Freedom*



**CONSTRUCTORA CUYAMEL**
**S. de R.L. de C.V.**

CICH No. 029-1N-CT

APARTADO POSTAL NO. 1901

## CONSTANCIA

El suscrito Gerente General de CONSTRUCTORA CUYAMEL S. DE R.L. DE C.V. Ing. CARDENIO ROSA CERRATO por este medio hace constar que el joven Bachiller en Ciencias y letras **CARLOS OSWALDO LIMAS PAZ con Tarjeta de Identidad # 0508-1971-00238** laboró en esta empresa desde el 1ro. de agosto de 1991 hasta el 12 de diciembre de 1993,desempeñandose como Encargado de la Bodega de Materiales del Proyecto: ALCANTARILLADO SANITARIO EN EL MUNICIPIO DE SAN FRANCISCO DE YOJOA,DEPARTAMENTO DE CORTES . Durante ese tiempo el joven Limas Paz fue un excelente trabajador,demostrando puntualidad,responsabilidad,seriedad y honradez en su trabajo,por lo que no dudamos en extenderle gustosamente la presente constancia.

Y para constancia, le extendemos la presente en la Ciudad de San Pedro Sula,Cortes a los veintiseis dias del mes de junio del año dos mil.

**CONSTRUCTORA CUYAMEL S. DE R.L. DE C.V.**

**ING. CARDENIO ROSA CERRATO**
**GERENTE GENERAL**

c.c. arch.

P.D. Si desea mayor información puede llamar a nuestros teléfonos.

Tel/Fax: 553-2817, - 558-1081
SAN PEDRO SULA. HONDURAS, C.A.

---
## TRANSLATION FROM SPANISH INTO ENGLISH
---

*LOGO*                                            **CONSTRUCTORA CUYAMEL**
                                                    **S. de R.L. de C.V.**
                                                    **CICH No. 029-1N-CT**
                                                    **Apartado Postal No. 1901**
---

### CERTIFICATION

The undersigned General Manager of CONSTRUCTORA CUYAMEL S. DE R.L. DE C.V., Engineer CARDENIO ROSA CERRATO take this opportunity to certify that **CARLOS OSWALDO LIMAS PAZ holder of Identification Card #0508-1971-00238,** a young man with a Degree in Arts and Sciences, worked in this company from August 1, 1991 until December 12, 1993 as Material Warehouse Manager for the Project: ALCANTARILLADO SANITARIO EN EL MUNICIPIO DE SAN FRANCISCO DE YOJOA, DEPARTAMENTO DE CORTES *(Sanitary Sewage System for the San Francisco of Yojoa Municipality, Cortes Province)*. During that period of time, Limas Paz was an excellent employee, always punctual, responsible, serious, and honest in his work, for this reason we don't hesitate to gladly extend this certification.

And, in witness thereof, we issue this certification in the City of San Pedro Sula, Cortes on the twenty sixth day of the month of June, 2000.

**CONSTRUCTORA CUYAMEL S. DE R.L. DE C.V.**


/s/
**ENG. CARDENIO ROSA CERRATO**
**GENERAL MANAGER**

cc. File

P.S.  If you need more information you may call us on our telephones.
       Tel/Fax: 553-2817  - 558-1081
       San Pedro Sula, Honduras, C.A.

---